GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant Meridian Financial Services, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Raynaldo Salvador,<br><br>         Plaintiff,<br><br>v.<br><br>Meridian Financial Services, Inc.<br><br>         Defendant. | Case No. 2:20-cv-01471-KJD-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MERIDIAN FINANCIAL SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant Meridian Financial Services, Inc. ("Defendant"), and Plaintiff, Raynaldo Salvador ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **October 2, 2020**, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and for the Parties to explore the possibility of settlement. Plaintiff has no opposition to Defendant's request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

///

///

///

2931\306536575.v1

DATED this 2nd day of September, 2020.

| | |
|---|---|
| KRIEGER LAW GROUP, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| /s/ David Krieger<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Telephone: 702-848-3855<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br>*Attorneys for Plaintiff* | /s/ Gina M. Mushmeche<br>Gina M. Mushmeche, Esq.<br>Nevada Bar No. 116411<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tel: 702-362-6666<br>gmushmeche@ksjattorneys.com<br>*Attorneys for Defendant Meridian Financial Services, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

2

2931\306536575.v1